1252

No. 96–1567. JACKSON v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 96–1573. LAW OFFICES OF HERBERT HAFIF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–1575. DELONE v. MORRIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1576. WESSELS v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 96–1582. OREGON TAXPAYERS UNITED PAC v. KEISLING, OREGON SECRETARY OF STATE. Ct. App. Ore. Certiorari denied.

No. 96–1597. DOSTERT v. SUPREME COURT OF APPEALS OF WEST VIRGINIA ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 96–1640. BASIC ENERGY CORP. v. CHILES, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1643. DANIELL v. OLD LINE LIFE INSURANCE COMPANY OF AMERICA ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1656. MULLINAX v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–1663. PIERSON v. WILSHIRE TERRACE CORP. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1677. JENKINS v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 96–1679. ELDRIDGE AUTO SALES, INC. v. PURTLE. C. A. 6th Cir. Certiorari denied.

No. 96–1690. PFLUGER v. ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–1716. KUMPAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.